# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AEGIS TECHNOLOGY GROUP, INC.  )  | **Summons** |
| ) | (Issued pursuant to Rule 4 of |
| ) | the Federal Rules of Civil |
| Plaintiff,  ) | Procedure or other appropriate |
| ) | law.) |
| v.  ) | |
| ) | CIVIL ACTION CASE NUMBER: |
| U.S. ARMY and JOHN MC HUGH,  ) | 5:15-cv-01881-AKK |
| in his official capacity as Secretary of  ) | |
| the U.S. Army,  ) | |
| ) | |
| Defendants.  ) | |

### Summons in a Civil Action

To: U.S. Army
c/o Joyce White Vance
US Attorney
400 Meridian Street, Suite 304
Huntsville, Alabama 35801

A lawsuit has been filed against you.

     Within ____60____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 100
Huntsville, Alabama 35801

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: October 26, 2015  (10/27/15)

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AEGIS TECHNOLOGY GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY and JOHN MC HUGH,<br>in his official capacity as Secretary of<br>the U.S. Army,<br><br>Defendants. | **Summons**<br>(Issued pursuant to Rule 4 of<br>the Federal Rules of Civil<br>Procedure or other appropriate<br>law.)<br><br>CIVIL ACTION CASE NUMBER:<br>5:15-cv-01881-AKK |

### Summons in a Civil Action

To: John McHugh
c/o Joyce White Vance
US Attorney
400 Meridian Street, Suite 304
Huntsville, Alabama 35801

A lawsuit has been filed against you.

    Within ____60____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 100
Huntsville, Alabama 35801

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: October 26, 2015        SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AEGIS TECHNOLOGY GROUP, INC. | ) **Summons** |
| | ) (Issued pursuant to Rule 4 of |
| | ) the Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate |
| | ) law.) |
| v. | ) |
| | ) CIVIL ACTION CASE NUMBER: |
| U.S. ARMY and JOHN MC HUGH, | ) 5:15-cv-01881-AKK |
| in his official capacity as Secretary of | ) |
| the U.S. Army, | ) |
| | ) |
| Defendants. | ) |

## Summons in a Civil Action

To: U.S. Army
c/o Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

　　　Within ____60____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 100
Huntsville, Alabama 35801

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: October 27, 2015

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| AEGIS TECHNOLOGY GROUP, INC. </br></br>     Plaintiff, </br></br> v. </br></br> U.S. ARMY and JOHN MC HUGH, </br> in his official capacity as Secretary of </br> the U.S. Army, </br></br>     Defendants. | <u>Summons</u> </br> (Issued pursuant to Rule 4 of </br> the Federal Rules of Civil </br> Procedure or other appropriate </br> law.) </br></br> CIVIL ACTION CASE NUMBER: </br> 5:15-cv-01881-AKK |

**Summons in a Civil Action**

To: John McHugh
c/o Loretta E. Lynch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

      Within ____60_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 100
Huntsville, Alabama 35801

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: October 27, 2015

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
101 Holmes Avenue, N. E.
Huntsville, Alabama 35801